IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BBA CORP.; TEXTBOOK BROKERS, INC.;
TENTTEXT.COM, INC.; JAMES BARNES
and TERRY BARNES                                                           PLAINTIFFS

v.                              Case No. 4:17-cv-556 KGB

STATE AUTO PROPERTY
AND CASUALTY INSURANCE CO.                                                 DEFENDANTS

## ORDER

Before the Court is the parties' stipulation of dismissal (Dkt. No. 14). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 14). The action is dismissed with prejudice and without costs assessed to either party.

So ordered this 6th day of July, 2018.

_____
Kristine G. Baker
United States District Judge